■ ALBERT A. LUTZ COMPANY, INC., Appellant, v. DUKE LABORATORIES, INC., Respondent.— Order unanimously affirmed, with $10 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of the Arbitration between DUKE LABORATORIES, INC., Respondent, and ALBERT A. LUTZ COMPANY, INC., Appellant.— Order unanimously affirmed, with $10 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ HATTIE BIRKE, Appellant, v. CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ CARMINE MENNELLA et al., Copartners Doing Business under the Name of J. FRED MUGGS ENTERPRISES, Appellants, v. DAVE GARROWAY et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of MARIA FRANCZYK et al., Appellants, against ROSE K. LUBELL, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ VERNON MURPHY, Respondent, v. NEW YORK WORLD-TELEGRAM CORPORATION et al., Appellants.— Order unanimously modified to strike all items except items I and II, and, as so modified, affirmed, without costs. As to the items stricken, there has been no showing of special circumstances to warrant the examination in an action for libel. Settle order on notice. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.